IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02153-KMT

ANNA E. KROON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kathleen M. Tafoya on January 11, 2016, incorporated herein by reference, it is

ORDERED that the Commissioner's decision through the Administrative Law Judge is AFFIRMED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Anna E. Kroon. It is

FURTHER ORDERED that the Defendant, Carolyn W. Colvin is awarded costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCiv.R 54.1.

DATED at Denver, Colorado this  11th  day of January, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ M. Ortiz
M. Ortiz,
Deputy Clerk